Ruerin, Chief-Justice.
 

 After stating the pleadings and proofs as above, proceeded :
 

 If this case stood upon the original transaction, although the evidence establishes the contract as alleged by the plaintiff, the court.would not give the relief sought. It would be unconscientious to insist on an agreement, into which the defendant had been surprised, and at a price below the
 
 value;
 
 although the inadequacy be not so unreasonable and glaring, as of itself to. prevent the court from exercising this jurisdiction. But the subsequent acts of the defendant ratify the contract, as understood by the plaintiff, independent of his declaration to the witness, that he would comply with it. For he knew how the plaintiff construed the bargain, and in silence received payments from him, which must be taken as giving the plaintiff to understand that he yielded his own objections. In this position of the affair, the want of conscience will be on the other side, if the agreement be not performed, unless the price be altogether inadequate. Upon that point the evidence is, that the price was not the full value ; but no witness says that it was so unreasonably low as to bespeak imposition. Indeed the number and ages of the negroes show that no great advantage could have been made. The plaintiff is therefore entitled to relief upon it. The defendant must elect to take those negroes which he himself sold, and as to those sold under execution, the most valuable must be allotted to him, and the other at the trite value, must be a credit to the plaintiff, against the balance of the
 
 *470
 
 purchase money. The master must enquire wbat slaves have been thus sold by the do fend ant, or for him,and when, and the value of those sold under execution; and also' take an account of the balance due for the purchase money, computing interest from the time it was payable; and also an account of the hires and profits of the ne-groes, while in the defendant’s possession, making him just allowances for their maintenance, and after taking all the accounts, ascertain- the balance that may be due on the one side or the other.
 

 Per Curiam — Direct an Account.